Petition for Writ of Mandamus Denied and Memorandum Opinion filed
September 7, 2006








Petition for Writ of
Mandamus Denied and Memorandum Opinion filed September 7, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00586-CV

____________

 

IN RE COMPLETE RENTAL SERVICES, INC.,

 Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On
July 5, 2006, relator Complete Rental Services, Inc. filed a petition for writ
of mandamus in this 

Court,
requesting we compel the Honorable Lamar McCorkle, presiding judge of the 133rd
District 

Court,
Harris County, Texas, to vacate his order compelling arbitration in the
underlying cause.  See 

Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see  also  Tex. R. App. P. 52.1.  Relator has failed 

to
establish it is entitled to mandamus relief.  Accordingly, we deny relator=s petition for writ of 

mandamus.  
              

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed September 7, 2006.

Panel consists of Chief Justice
Hedges, and Justices Yates and Guzman.